# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-00675** |
| **JAMES LEBLANC** | **SECTION: "J"(1)** |

## O R D E R

Before the Court is *pro se* Petitioner Larry Williams's *Objection to Magistrate Judge's Report and Recommendation* **(Rec. Doc. 17)**. Petitioner contends that his petition is timely under 28 U.S.C. § 2244(d)(1)(C) based on the rule announced in *Montgomery v. Louisiana*, 136 S. Ct. 718 (2016). Even assuming that *Montgomery* extended the limitations period, *Montgomery* was decided on January 25, 2016, and his petition was filed on January 25, 2019. The Court finds that Petitioner's objection lacks merit.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's *Objection to Magistrate's Report and Recommendation* **(Rec. Doc. 17)** is **OVERRULED**, and the Magistrate's Report and Recommendation (Rec. Doc. 16) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the federal application for habeas corpus relief filed by Larry Williams is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of August, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE